DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEREK SEAN SINCLAIR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-679

[September 19, 2019]

Appeal of order denying Rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 96-011288CF10A.

Shlomi Presser of Law Office of Shlomi Presser, P.A., Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***